UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-CV-23932-UU

TAMMY VALDES,

    Plaintiff,
v.

MIAMI-DADE COLLEGE,

    Defendant.
_____/

**FINAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, this Court's Order on Motion for Summary Judgment, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that a FINAL JUDGMENT is entered in favor of Defendant Miami-Dade College. and against Plaintiff Tammy Valdes.  This case is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

copies to: counsel of record